MARIE NEISSEN v. CITY OF ST. PAUL.[1]

July 11, 1900.

Nos. 11,964—(118).

City of St. Paul—Notice of Personal Injury.

    *Held*, following Nicol v. City of St. Paul, infra, page 415, that the provisions of the defendant's charter as to giving notice of personal injuries were repealed by Laws 1897, c. 248.

[1] Reported in 83 N. W. 376.

Action in the district court for Ramsey county to recover $5,000 for personal injuries. From an order, Bunn, J., overruling a demurrer to the complaint, defendant appealed. Affirmed.

*James E. Markham* and *Frank Arnold,* for appellant.

*C. D. & Thos. D. O'Brien,* for respondent.

PER CURIAM.

This was a personal injury action, and the defendant appealed from an order overruling its demurrer to the complaint. The record presents the question whether the provisions of the charter of the city of St. Paul as to giving notice of personal injuries were repealed by Laws 1897, c. 248, covering the same subject. We hold, following Nicol v. City of St. Paul, infra, that they were.

Order affirmed.